IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ORIGINAL**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 SEP -4   PM 4: 22

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. |
| MIRZA BAIG | **3-14 CR-3 4 4 - P** |

## INDICTMENT

The Grand Jury charges:

### Introduction

At all times material to this indictment:

1.      The United States Food and Drug Administration ("FDA") is an agency of the United States responsible for enforcing the provisions of the Federal Food, Drug, and Cosmetic Act ("FDCA"). The FDA's responsibilities include regulating the manufacture, labeling, and distribution of drugs shipped or received in interstate commerce.

2.      Under the FDCA, drugs are defined as, among other things, articles intended for use in the cure, mitigation, treatment or prevention of disease in people; articles intended to affect the structure or function of the human body; and articles intended for use as components of drugs.

3.      A drug is misbranded unless its labeling bears adequate directions for all intended uses under 21 U.S.C. § 352(f). Drugs that lack any directions for use are misbranded per se. A drug is also misbranded if its labeling is false or misleading in any

Indictment – Page 1

particular way under 21 U.S.C. § 352(a). False assertions in labeling accompanying products during importation, therefore, can render a drug misbranded.

4.    It is a violation of 21 U.S.C. § 331(a) to cause the introduction and delivery for introduction into interstate commerce any drug that is adulterated and misbranded.

**Indictment – Page 2**

<u>Count One</u>
Conspiracy to Defraud the United States
[Violation of 18 U.S.C. § 371]

5.    The allegations in paragraphs 1 – 4 are incorporated by reference as if fully rewritten herein.

6.    From at least on or about October 20, 2011, and continuing until on or about May 31, 2013, in the Northern District of Texas and elsewhere, the defendant **Mirza Baig**, and others did knowingly conspire, confederate, and agree with others known and unknown to the Grand Jury to defraud the United States Food and Drug Administration (FDA), an agency of the United States, for the purpose of impeding, impairing, obstructing, and defeating their lawful governmental functions of regulating drug labeling and approving new drugs, before introduction into interstate commerce; and to commit certain offenses against the United States, that is to violate 21 U.S.C. §§ 331 and 333(a)(2) by introducing or delivering an adulterated or misbranded drug into interstate commerce with the intent to defraud or mislead.

**<u>Manner and Means of the Conspiracy</u>**

7.    As part of the conspiracy to defraud, the defendants possessed, marketed, distributed and sold substances containing synthetic cannabinoids such as 5f-PB-22, PB-22, and XLR-11 in the Northern District of Texas and elsewhere.

8.    It was further part of the conspiracy to defraud that **Mirza Baig** would contact customers, over the phone, to negotiate the purchase and shipment of synthetic cannabinoids, which are defined as "drugs" under the FDCA. These synthetic cannabinoids were marketed and sold to customers as "incense," "potpourri," "air

Indictment – Page 3

freshener," or "aroma therapy products," and "not for human consumption," when in fact they were intended for human consumption as a drug.

## Overt Acts of the Conspiracy

9.    To effect the object of the conspiracy, the defendants and others performed overt acts in the Northern District of Texas and elsewhere, including but not limited to the following acts:

a.  Between on or about October 20, 2011 through May 31, 2013, Mirza Baig acted as a "jobber" for synthetic manufacturers and/or wholesalers in the Dallas area;

b.  Between on or about October 20, 2011 through May 31, 2013, **Mirza Baig** distributed approximately 106 shipments via FedEx, UPS, U.S. mail, or personal delivery to locations in the Northern and Eastern Districts of Texas; these shipments contained synthetic cannabinoids and new drugs with labels such as "Walking Dead," "Angry Birds," "Po-Po," and "Venom" with the materially false labeling of "potpourri," and "not for human consumption."

10.    All in violation of 18 U.S.C. § 371.

Indictment – Page 4

<u>Count Two</u>
Distribution of a Controlled Substance Analogue
[Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)]

11.     On or about May 31, 2013, in the Northern District of Texas, the defendant,

**Mirza Baig**, did unlawfully, knowingly and intentionally distribute a mixture and

substance containing a detectable amount of PB-22, a Schedule I controlled substance

analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for

human consumption as provided in 21 U.S.C. § 813.

12.     In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

<u>Count Three</u>
Distribution of a Controlled Substance Analogue
[Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)]

13.    On or about May 31, 2013, in the Northern District of Texas, the defendant,

**Mirza Baig**, did unlawfully, knowingly and intentionally distribute a mixture and

substance containing a detectable amount of 5f-PB-22, a Schedule I controlled substance

analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for

human consumption as provided in 21 U.S.C. § 813.

14.    In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

**Indictment – Page 6**

Forfeiture Notice
[21 U.S.C. § 853(a)]

Upon conviction for the offenses alleged in Count Two and Three of this indictment and pursuant to 21 U.S.C. § 853(a), the defendant, **Mirza Baig**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as the result of the offense; and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including but not limited to the following:

1.   The proceeds from the offense alleged in Count Two, in the form of a money judgment.

2.   The proceeds from the offense alleged in Count Three, in the form of a money judgment.

A TRUE BILL:

_____
FOREMAN

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
BRIAN D. POE
Assistant United States Attorney
Northern District of Texas
Texas State Bar No.  24056908
1100 Commerce St., Third Floor
Dallas, Texas 75242-1699

Indictment – Page 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MIRZA BAIG

INDICTMENT

18 U.S.C. § 371
Conspiracy to Defraud the United States

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Distribution of a Controlled Substance Analogue

21 U.S.C. § 853(a)
Forfeiture Notice

3 Counts

A true bill rendered

_____
DALLAS                                                    FOREPERSON

Filed in open court this __4__ day of September 2014.

_____
                                                              Clerk

**Warrant to be Issued**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
3:13-MJ-00327-BF