IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

THE UNITED STATES OF AMERICA   §
  §
V   §
  §   CRIMINAL NO. 3:14-CR-00344-P
  §
MIRZA BAIG   §

## ENTRY OF APPEARANCE OF COUNSEL

__X__   I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

_____   I hereby enter my appearance as **appointed** counsel for the above-named defendant(s) in this cause.

  I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, and/or allowed to withdraw.

Dated: September 29, 2014

        /s/ David Martinez
        Signature

        David Martinez
        David Martinez

        13141650
        Attorney Bar Number

        1663 Broadway, Lubbock, Texas 79401
        (806) 744-2692 / Fax (806) 744-5660
        dmtzlaw@aol.com