United States District Court
Northern District of Texas
Office of the Clerk
Dallas Division

USA

vs                                          Case Number: 3:14-CR-344-P

Baig, Mirza

## Receipt of Passport

The deputy clerk below acknowledges receipt of the following Passport.

Identfication Number: 476510465 USA

Tendered by: DEA Agent

For the Benefit of: Mirza Moazzam Ali Baig

Description: Passport

Karen Mitchell
Clerk of Court

_Doug Thornton_

Doug Thornton, Deputy Clerk
Date: 09/30/2014