## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL ACTION NO. |
| v. | § | |
| | § | 3:14-CR-00344-P |
| MIRZA BAIG (1) | § | |

## PRETRIAL SCHEDULING ORDER

This case is set for trial on this Court's two-week docket beginning on **December 1, 2014 at 8:45 AM.** Pretrial Motions must be filed no later than **October 17, 2014** and the responses thereto no later than **October 24, 2014.**

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial," "expert," or "fact," as well as "probable" or "possible"), exhibit lists (with copies of exhibits furnished to the Court), and motions in limine must be filed no later than **November 14, 2014.**

A Pretrial Conference is hereby scheduled for **November 19, 2014 at 4:00 PM.** The defendant need not be present for the Pretrial Conference.

**IT IS SO ORDERED**

Signed this 10th day of October, 2014.


_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE