## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISON

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | § | |
| | § | |
| | § | CRIMINAL ACTION NO. |
| | § | |
| V. | § | |
| | § | 3:14-CR-00344-P |
| | § | |
| MIRZA BAIG (1) | § | |

## MOTION FOR LEAVE TO WAIVE THE
## REQUIREMENT OF LOCAL COUNSEL

TO THE HONORABLE JORGE A SOLIS, UNITED STATES DISTRICT JUDGE,

Comes Now, David Martinez, attorney of record, and files this Motion for Leave To Waive the Requirement of Local Counsel, and would respectfully show the following:

I.

LCR. 57.10, requires "local counsel" in all cases where an attorney appearing in a case does not reside or maintain the attorney's principal office within 50 miles of the courthouse in the division in which a case is pending.

II.

Movant would show the court that he has been licensed in the Northern District of Texas since February 8, 1984, and the general practice of law for almost 35 years. While principally practicing in the federal division of Lubbock and Amarillo, counsel has on occasion also

practiced on a Pro Hac Vice basis in the Western District of Texas, Midland and El Paso division, as well as Federal Courts outside the State of Texas.

### III.

Movant has contact with numerous members of the bar licensed within the Dallas Division, and has considered the need for local counsel and would obtain local counsel, in the event the need arises.

### IV.

Finally, Movant would show the Court that while he understands the reasoning behind LCR. 57.10, Movant does not believe local counsel is necessary at this time.

WHEREFORE PREMISES CONSIDERED, Movant prays that the Court, waive the requirement of local counsel on this case.

Respectfully submitted,

LAW OFFICE OF DAVID MARTINEZ
1663 Broadway
Lubbock, Texas 79401
Telephone (806) 744-1692
Fax (806) 744-5660
dmtzlaw@aol.com

By: /s/ David Martinez
David Martinez
State Bar No. 13141650

## Certificate of Conference

On October 17, 2014 I tried to confer with AUSA Brian Poe and was not able to discuss this Motion for Leave to Waive the Requirement of Local Counsel, due to his being in trial. His automatic e-mail reply referred me to Melanie Reeves, his legal assistant. I was also tried to confer with AUSA Chad Meacham and was not able to confer with him either.

/s/ David Martinez
David Martinez

## Certificate of Service

On October 17, 2014 a copy of the Motion for Leave to Waive the Requirement of Local Counsel was served on AUSA Brian Poe by ECF and fax (214) 659-8803

/s/ David Martinez
David Martinez