## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISON

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | § | |
| | § | |
| | § | CRIMINAL ACTION NO. |
| | § | |
| V. | § | |
| | § | 3:14-CR-00344-P |
| | § | |
| MIRZA BAIG (1) | § | |

## ORDER

On this ___20th___ day October 2014, Come to be considered the Motion for Leave to Waive the Requirements of Local Rule LCR. 57.10, by Movant David Martinez. The Court having considered said Motion is of the Opinion said Motion should be granted.

Signed this 20th day of October, 2014.

_____
United States District Judge
Jorge Solis