AO 442    (Rev. 10/03) Warrant for Arrest

ORIGINAL

US MARSHALS SERVICE N/TX
DALLAS, TEXAS

2014 SEP -5 AM 9: 17

# UNITED STATES DISTRICT COURT

Northern _____ District of _____ Texas

UNITED STATES OF AMERICA

V.

Mirza Baig

**WARRANT FOR ARREST**

Case Number:        3:14-cr-344-P (1)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Mirza Baig _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petiton  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her (brief description of offense)

Count 1 - Conspiracy to Defraud the United States
Count 2 - Distribution of a Controlled Substance Analogue
Count 3 - Distribution of a Controlled Substance Analogue

in violation of Title   18, 21   United States Code, Section(s)   371, 841(a)(1) and (b)(1)(C)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

United States Magistrate Judge Paul D. Stickney

Sep 4, 2014
Date

Dallas, TX
Location

By: s/ J. Rogers
Deputy Clerk

| RETURN | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Dallas, TX | | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/29/14 | Dick Gardner S/A DEA | | |

FID: 9620387