



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No.  3:14-CR-344-P |
| MIRZA BAIG | |

## FACTUAL RESUME

Mirza Baig, the defendant, David Martinez, the defendant's attorney, and the

United States of America agree to the law and facts as follows:

## ELEMENTS OF THE OFFENSE

In order to prove the offense alleged in Count One of the Superseding Information,

that is, conspiracy to commit mail fraud in violation of 18 U.S.C. § 1349, the government

must prove each of the following elements beyond a reasonable doubt:

*First:*     That two or more persons, in some way or manner, agreed to try
to accomplish a common and unlawful plan to commit mail fraud,
as charged in the Superseding Information; and

*Second:*  That the defendant knew the unlawful purpose of the plan and
willfully joined in it.

In order to prove mail fraud, in violation of 18 U.S.C. § 1341, the government

must prove each of the following elements beyond a reasonable doubt:

*First:*     That the one of the co-conspirators knowingly devised or
intended to devise a scheme to defraud R.R. and his employees,
and ultimately the general public, by selling mislabeled drugs,
specifically substances containing the synthetic cannabinoids
XLR-11, PB-22, and 5F-PB-22;

*Second:*  That the scheme to defraud employed false material

**Factual Resume - Page 1 of 3**

representations with the intent to defraud, specifically, that the synthetic cannabinoid products being sold by the co-conspirators were "incense," "potpourri," "aroma therapy products," "100 % cannabinoid free," "Pure organic blends," "DEA Compliant," and "not for human consumption" when in fact they were intended for human consumption as a drug;

*Third:*  That one of the co-conspirators mailed something through the U.S. Mail, United Parcel Service, and/or FedEx for the purpose of executing such scheme or attempting so to do; and

*Fourth:*  That a co-conspirator acted with a specific intent to defraud.

## STIPULATED FACTS

The defendant, Mirza Baig, worked as a "jobber" or middle man selling synthetic cannabinoids (a.k.a. "spice") to smoke shops and convenience stores in the Northern and Eastern Districts of Texas.  However, Baig marketed and distributed "spice" with the intent to defraud.  Specifically, the "spice" was labeled and sold as "incense," "potpourri," or "aroma therapy products" when in fact it was an adulterated and misbranded drug intended for human consumption.  Between on or about October 20, 2011 through June 3, 2013, Baig, distributed approximately 107 shipments of synthetic cannabinoids, via UPS, U.S. mail, or FedEx, to locations within the Northern and Eastern Districts of Texas.  The destination of these packages were smoke shops owned and operated by R.R.  These shipments contained individual packages of "spice" which were ultimately intended for the general public and contained materially false labeling such as: "100% cannabinoid free," "Pure organic blends," and "DEA compliant."

Baig admits and acknowledges that he knowingly and intentionally conspired together with at least one other person to defraud R.R. and his employees, and ultimately

**Factual Resume - Page 2 of 3**

the general public, in order to obtain money by means of materially false and fraudulent pretenses and representations. The false pretenses and representations were that the synthetic cannabinoid products distributed by Baig were intentionally mislabeled as "incense," "potpourri," or "aroma therapy products" and "100% cannabinoid free," "Pure organic blends," "DEA Compliant," and "not for human consumption," when in truth and fact these substances were synthetic cannabinoids that contained controlled substance analogues such as XLR-11, PB-22, and 5F-PB-22 that were intended for human consumption as a drug. In executing this scheme and artifice to defraud, Baig and others mailed synthetic cannabinoid products, in violation of 18 U.S.C. § 1341, to various locations throughout the Northern and Eastern Districts of Texas.

AGREED TO AND SIGNED this _14th_ day of November, 2014.

MIRZA BAIG
Defendant

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

BRIAN D. POE
Assistant United States Attorney

DAVID MARTINEZ
Attorney for Defendant

CHAD MEACHAM
Criminal Chief

**Factual Resume - Page 3 of 3**