**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL ACTION NO. |
| v. | § | |
| | § | 3:14-CR-00344-P |
| MIRZA  BAIG (1) | § | |

**SCHEDULING ORDER FOR SENTENCING
UNDER (GUIDELINES SENTENCING)**

Should counsel for the defendant desire to be present for the initial interview between the defendant and the probation officer, counsel must arrange to do so within three government business days from the date of this Order.

1. In any case in which 18 U.S.C. Sections 3663-64 apply, counsel for the government shall provide to the probation officer, no later than five days from the date of this order, all information necessary for the officer to comply with the crime victim restitution requirements.

2. The Presentence Report (PSR) must be disclosed and delivered before **5:00 PM, February 17, 2015**.

3. Written objections to the PSR or a written statement adopting the findings of the PSR must be delivered to the Court and the Probation Officer by or before **5:00 PM, March 3, 2015**.

4. If written objections to the PSR have been timely delivered, the Probation Office must disclose and deliver an addendum to the PSR by or before **5:00 PM, March 10, 2015**.

5. Written objections to the addendum must be delivered to the Court and the Probation Officer by or before **5:00 PM, March 17, 2015**, and sentencing will be on **April 1, 2015 at 1:30 PM.**

If, during the PSR investigation, it is determined that Texas Youth Commission (TYC) Records are needed, the Court orders the TYC to release these records to the Probation Officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32. The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment while incarcerated records, and release dates from the TYC.

**IT IS SO ORDERED**

Signed this 16th day of December, 2014.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE