# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | **3:14-CR-344-P** |
| **v.** | § | |
| | § | |
| | § | |
| **MIRZA BAIG (1)** | § | |

## AMENDED ORDER

On this day, the Court considered the need to enter the following Amended Sentencing Scheduling Order.

The Presentence Report (PSR) must be disclosed and delivered by 3/10/2015. Objection to Presentence Investigation Report due by 3/24/2015. Presentence Investigation Addendum due by 3/31/2015. Objection to Presentence Investigation Addendum due by 4/6/2015. Sentencing rescheduled for **April 15, 2015 at 1:30 p.m.**

IT IS SO ORDERED this 18th day of February, 2015.


_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE